## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the __1st__ day of March, 2007, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS MAIL

Eric W. Beery, Esquire
*Beery & Spurlock Co., L.P.A.*
275 East State Street
Columbus, OH 43215

_____
Mary E. Augustine (No. 4477)